UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL CASE NO. |
| | : | MAG. No. 06-76 |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 666(a)(1)(A) |
| | : | (Theft concerning programs receiving |
| | : | federal funds) |
| **LINDA STOVER,** | : | |
| | : | |
| Defendant. | : | |

### INFORMATION

The United States Attorney informs the Court that:

### COUNT ONE:
### THEFT CONCERNING PROGRAMS RECEIVING FEDERAL FUNDS
(18 U.S.C. § 666)

At all times relevant to this count:

1. The National Indian Business Association ("NIBA") was a nonprofit organization representing the interests of American Indian and Alaska Native business entities. NIBA was located in Southwest, Washington, D.C.

2. NIBA received grant funds from the U.S. Department of Health and Human Services, Administration for Families and Children, Administration for Native Americans ("HHS"). NIBA received HHS grant #90NA7489, an award of $462,538 that was funded from September 1, 2001 through August 31, 2003. Payments from HHS to NIBA were made by Electronic Funds Transfer ("EFT") to #43001301 at the Adams National Bank, 1501 K Street, NW, Washington D.C. ("NIBA's account.").

3. Ms. Stover was employed by NIBA as an Administrative Assistant. Ms. Stover paid

NIBA's payroll with EFT payments from the NIBA account.

4.From between on or about May 20, 2001 until on or about June 1, 2004, in a continuing course of conduct, in the District of Columbia and elsewhere, defendant Linda Stover embezzled, stole, obtained by fraud, and without authority converted to the use of a person not the rightful owner, monies, worth at least $5,000, under the care, custody, and control of NIBA, an entity which received benefits in excess of $10,000 from the federal government for the one-year period of January 1, 2003 to December 31, 2003, with a federal interest having been implicated by said embezzlement, stealing, fraud, and conversion.

**(Theft Concerning Programs Receiving Federal Funds, Aiding and Abetting, Causing an Act to be Done, in violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2)**

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA

By: _____
JONATHAN N. ROSEN
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-6991