AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED

DISTRICT OF ———

MAY 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Linda Stover

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-105

I, _Linda Stover_, the above named defendant, who is accused of

violating 18 USC § 666 (theft concerning programs receiving federal funds),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5/25/06_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_Linda Stover_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer