CO-526
(12/86)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
                            )
           vs.              )    Criminal No. 06-105
                            )
*Linda Stover*              )    **FILED**
                            )
                            )    MAY 2 5 2006

                                 NANCY MAYER WHITTINGTON, CLERK
                                 U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
*Linda Stover*
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
Judge Henry H. Kennedy, Jr.
United States District Court