UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL CASE NO. 06-105 (HHK) |
| v. | : VIOLATION: 18 U.S.C. § 666(a)(1)(A)<br>: (Theft concerning programs receiving<br>: federal funds) |
| LINDA STOVER, | : |
| Defendant. | : |

FILED
MAY 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the government, through its undersigned counsel, and defendant Linda Stover, advised by her undersigned counsel, Lara Quint, stipulate and agree that the following facts are true:

The National Indian Business Association (NIBA) was a non-profit organization which represented the interests of American Indian and Alaska Native business entities. NIBA was located in Northwest, Washington, D.C.

Ms. Stover was employed by NIBA as an Administrative Assistant. Her duties included website management, paying bills, making travel arrangements, supervising other employees. Moreover, Ms. Stover was solely responsible for NIBA's payroll. As a result, Ms. Stover was authorized to edit NIBA's payroll software, QuickBooks, to make adjustments for hours worked and effect payroll advances.

From May 20, 2002 through June 1, 2004, Ms. Stover made a series of payroll over-payments to herself. In each instance, Ms. Stover made entries into QuickBooks for additional hours that she had not, in fact, worked. The above-mentioned false entries caused twenty-two Electronic Funds Transfers ("EFT"), identified in the following chart, to be made from NIBA's account #43001301

at the Adams National Bank, 1501 K Street, NW, Washington D.C. 20005 ("NIBA's account") into Linda Stover's personal bank account:

| DATE | AMOUNT | TAXES PAID | PAYMENT METHOD |
| --- | --- | --- | --- |
| 5/20/02 | $700.00 | N/A | Salary Advance |
| 2/14/03 | $854.84 | $266.75 | Direct Deposit |
| 3/6/03 | $853.25 | $266.75 | Direct Deposit |
| 7/31/03 | $1,261.18 | $466.82 | Direct Deposit |
| 8/21/03 | $1,080.33 | $361.26 | Direct Deposit |
| 10/5/03 | $1,177.05 | $408.54 | Direct Deposit |
| 10/23/03 | $1,262.79 | $466.82 | Direct Deposit |
| 11/7/03 | $1,080.33 | $361.26 | Direct Deposit |
| 12/1/03 | $1,080.33 | $361.26 | Direct Deposit |
| 12/19/03 | $1,140.48 | $445.11 | Direct Deposit |
| 1/9/04 | $938.36 | $356.64 | Direct Deposit |
| 1/23/04 | $931.12 | $388.88 | Direct Deposit |
| 2/2/04 | $931.12 | $388.88 | Direct Deposit |
| 2/16/04 | $931.12 | $388.88 | Direct Deposit |
| 2/29/04 | $847.84 | $352.16 | Direct Deposit |
| 3/10/04 | $913.02 | $381.98 | Direct Deposit |
| 3/21/04 | $663.19 | $271.81 | Direct Deposit |
| 4/10/04 | $581.49 | $235.10 | Direct Deposit |
| 5/5/04 | $664.77 | $271.82 | Direct Deposit |
| 5/12/04 | $664.77 | $271.82 | Direct Deposit |
| 5/22/04 | $664.78 | $271.82 | Direct Deposit |
| 6/1/04 | $664.78 | $271.82 | Direct Deposit |

As a result of the above-mentioned scheme, Ms. Stover caused NIBA to suffer a loss of

$27,343.12.

Ms. Stover does not dispute that the government can establish beyond the reasonable doubt that NIBA received grant funds from the U.S. Department of Health and Human Services, Administration for Families and Children, Administration for Native Americans ("HHS"). In particular, NIBA received HHS grant #90NA7489, an award of $462,538 that was funded from September 1, 2001 through August 31, 2003. Payments from the U.S. Department of Health and Human Services to NIBA were made by EFT to NIBA's account.

Ms. Stover does not further dispute that the government can establish beyond the reasonable doubt that during the 12-month period from January 1, 2003 through December 31, 2003, NIBA received the following payments on the parenthetically noted dates: (1) $34,957.50 (January 7, 2003); (2) $40,695.47 (March 24, 2003); and (3) $22,024.04 (April 29, 2003).

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        FOR THE DISTRICT OF COLUMBIA

By: _____
     LAUREL LOOMIS RIMON
     Assistant United States Attorney
     Fraud & Public Corruption Section
     555 4th Street, N.W.,
     Washington, D.C. 20530

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, Lara Quint, I agree and stipulate to this Statement of Offense.

Date: 5/25/2006

*Linda Stover*
Linda Stover
Defendant

I have discussed this Statement of Offense with my client, Linda Stover. I concur with her decision to stipulate to this Statement of Offense.

Date: 5/25/06

*Lara Quint*
Lara Quint
Attorney for the Defendant

4