# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 06-105 (HHK)** |
| **v.** | : | |
| | : | |
| **LINDA STOVER** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

## CONSENT MOTION TO CONTINUE SENTENCING DATE

The United States of America, by and through its undersigned attorney, the United States Attorney for the District of Columbia, respectfully submits this motion, with the defendant's consent, to continue the sentencing date of December 15, 2006.  The government seeks this continuance because of the ongoing cooperation being provided by the defendant pursuant to her plea and cooperation agreement with the government.

The defendant has met with the government in person and over the telephone and has provided information relevant to an ongoing investigation.  The government does not seek a continuance for unnecessary delay.  Rather, it seeks a continuance in order to follow up on specific information already provided by the defendant and to provide time to address new developments in the investigation.  Without additional time, the government will not be in a position to adequately assess the cooperation provided by the defendant and to seek any appropriate departure.

Therefore, the government asks the Court, with the consent of the defense, to continue the sentencing date this case for approximately three additional months, until approximately March

-1-

16, 2007.  The parties can, alternatively, arrange another date convenient with the Court through

chambers.

      For these reasons, the government respectfully requests that the consent motion for

continuance of the sentencing date be granted.

                                  Respectfully submitted,

                                  JEFFREY A. TAYLOR
                                  United States Attorney

BY:     _____

                                  LAUREL LOOMIS RIMON
                                  Assistant United States Attorney
                                  for the District of Columbia
                                  Fraud and Public Corruption Section
                                  555 Fourth Street, N.W.
                                  Washington, D.C. 20530
                                  Phone: (202) 514-7788
                                  Fax: (202) 305-8537

Dated: December 12, 2006

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on December 12, 2006, the foregoing Consent Motion to Continue Sentencing Date was served on the following by first class mail:

          Lara Quint
          625 Indiana Ave., N.W., Ste. 550
          Washington, D.C. 20004
          Phone: (202) 208-7500
          E-mail: Lara.Quint@fd.org

          _____