# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-105 (HHK) |
| v. : | |
| : | |
| LINDA STOVER : | |
| : | |
| **Defendant.** : | |
| : | |
| _____ : | |

### CONSENT MOTION TO CONTINUE SENTENCING DATE

The United States of America, by and through its undersigned attorney, the United States Attorney for the District of Columbia, respectfully submits this motion, with the defendant's consent, to continue the sentencing date of March 19, 2007.  The government seeks this continuance because of the ongoing cooperation being provided by the defendant pursuant to her plea and cooperation agreement with the government.

The defendant has met with the government in person and over the telephone and has provided information relevant to an ongoing investigation.  The government does not seek a continuance for unnecessary delay.  Rather, it seeks a continuance in order to allow for an additional meeting with the defendant, to follow up on specific information already provided by the defendant, and to confirm specific facts developed in the investigation.  Without additional time, the government will not be in a position to adequately assess the cooperation provided by the defendant and to seek any appropriate departure.

Therefore, the government asks the Court, with the consent of the defense, to continue the sentencing date this case for approximately three additional months, until approximately June 18,

2007. The parties can, alternatively, arrange another date convenient with the Court through chambers.

    For these reasons, the government respectfully requests that the consent motion for continuance of the sentencing date be granted.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                    United States Attorney

BY: _____
       LAUREL LOOMIS RIMON
       Assistant United States Attorney
       for the District of Columbia
       Fraud and Public Corruption Section
       555 Fourth Street, N.W.
       Washington, D.C. 20530
       Phone: (202) 514-7788
       Fax: (202) 305-8537

Dated: March 12, 2007

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on March 12, 2007, the foregoing Consent Motion to Continue Sentencing Date was served on the following by first class mail:

>Lara Quint
>625 Indiana Ave., N.W., Ste. 550
>Washington, D.C. 20004
>Phone: (202) 208-7500
>E-mail: Lara.Quint@fd.org

    _____
    LAUREL LOOMIS RIMON
    Assistant United States Attorney