UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 06-105 (HHK) |
| v. | : | |
| | : | |
| LINDA STOVER | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

**ORDER**

The Court, having considered the Government's Consent Motion to Continue Sentencing Date, and the basis set forth by the Government in its motion, as well as the consent of the defendant thereto, it is this _____ day of March, 2007, hereby

ORDERED that the sentencing scheduled for March 19, 2007 is continued for a period of approximately three additional months, until _____, 2007.

_____
Judge Henry H. Kennedy, Jr.

**COPIES TO:**

**Counsel for the Government**

Laurel Loomis Rimon
Assistant U.S. Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7788
E-mail: Laurel.Loomis.Rimon@usdoj.gov

**Counsel for the Defendant**

Lara Quint
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

Phone: (202) 208-7500
E-mail: Lara.Quint@fd.org