UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-105 (HHK) |
| v. : | |
| : | |
| LINDA STOVER : | |
| : | |
| Defendant. : | |
| : | |
| _____ : | |

**CONSENT MOTION TO CONTINUE SENTENCING DATE**

The United States of America, by and through its undersigned attorney, the United States Attorney for the District of Columbia, respectfully submits this motion, with the defendant's consent, to continue the sentencing date of June 21, 2007. The government seeks this continuance because of the ongoing cooperation being provided by the defendant pursuant to her plea and cooperation agreement with the government.

The defendant has met with the government in person and over the telephone and has provided information relevant to an ongoing investigation. Further details concerning the investigation in which the defendant is cooperating are being provided in the government's Ex Parte Statement Of Additional Facts Supporting Its Motion To Continue Sentencing, being filed concurrently with this motion. The government does not seek a continuance for unnecessary delay. Rather, it seeks a continuance in order to allow the government to adequately assess the cooperation provided by the defendant and to seek any appropriate departure.

Therefore, the government asks the Court, with the consent of the defense, to continue the sentencing date this case for approximately two additional months, until approximately August

17, 2007.[1]  The parties can, alternatively, arrange another date convenient with the Court through chambers.

For these reasons, the government respectfully requests that the consent motion for continuance of the sentencing date be granted.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        United States Attorney

BY:     ____/s/_____
          LAUREL LOOMIS RIMON
          Assistant United States Attorney
          for the District of Columbia
          Fraud and Public Corruption Section
          555 Fourth Street, N.W.
          Washington, D.C. 20530
          Phone: (202) 514-7788
          Fax: (202) 305-8537

Dated: June 19, 2007

---

[1] The proposed date is slightly less than two months from the current date because counsel for defendant has indicated that she has a five-week trial beginning on August 20, 2007.

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on June 19, 2007, the foregoing Consent Motion to Continue Sentencing Date was served on the following by ECF:

> Lara Quint
> 625 Indiana Ave., N.W., Ste. 550
> Washington, D.C. 20004
> Phone: (202) 208-7500
> E-mail: Lara.Quint@fd.org

\_\_\_\_/s/_____
LAUREL LOOMIS RIMON