UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-105 (HHK) |
| v. : | |
| : | |
| LINDA STOVER : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

The Court, having considered the Government's Consent Motion to Continue Sentencing Date, and the basis set forth by the Government in its motion, as well as the consent of the defendant thereto, it is this ___19th___ day of June, 2007, hereby

ORDERED that the sentencing scheduled for June 21, 2007 is continued for a period of approximately two additional months, until _a date and time that_ ~~,2007~~. _will be scheduled by the Clerk of the court._

_____/s/ Henry Kennedy_____
Judge Henry H. Kennedy, Jr.

**COPIES TO:**

**Counsel for the Government**

Laurel Loomis Rimon
Assistant U.S. Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7788
E-mail: Laurel.Loomis.Rimon@usdoj.gov

> Sentencing of defendant Linda Stover is rescheduled for **Friday, August 17, 2007 @ 11:30am** before Judge Henry H. Kennedy, Jr., Courtroom 27A - 6th Floor