IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                             )<br>)<br>LINDA STOVER                        )<br>_____) | Cr. No. 06-105 (HHK) |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Linda Stover, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing hearing currently scheduled for August 17, 2007 at 11:30 a.m. In support of her motion, Ms. Stover submits as follows:

On May 25, 2006, Ms. Stover pled guilty to a one-count information pursuant to a written plea agreement. Because Ms. Stover agreed to assist the authorities as part of her agreement, a sentencing hearing was not scheduled on the date of the plea hearing. Since that time, various sentencing dates have been scheduled and, in light of Ms. Stover's cooperation and the government's ongoing investigation, the government has requested continuances on at least three occasions. Ms. Stover has never opposed those requests.

After the Court granted the last request to continue sentencing, it notified the parties that a new sentencing hearing had been scheduled for August 17, 2007. Unfortunately, counsel for Ms. Stover is not available to appear in court that day because of previously-scheduled travel. In addition, Ms. Stover had made prior work commitments for that day.

Counsel has consulted with counsel for the government and the latter has no opposition to a continuance. Counsel begins a five-week trial on August 20, 2007 but will be available on Fridays during that time. Counsel will also be available thereafter. Ms. Stover has plans to travel in connection with her wedding, if possible, between October 15th and 20th.

WHEREFORE, Ms. Stover asks this Honorable Court to grant her motion for a continuance.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500