IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Cr. No. 06-105 (HHK)** |
| **v.** ) | |
| ) | |
| **LINDA STOVER** ) | |
| ) | |

**ORDER**

_____Upon consideration of defendant's Motion to Continue, it is by the Court hereby

**ORDERED** that the sentencing hearing scheduled for August 17, 2007 is VACATED and that sentencing is continued until _____, 2007.

SO ORDERED.

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Lauren Rimone, AUSA
Lara G. Quint, AFPD