UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. CR-06-0105 (HHK) |
| | : | |
| v. | : | |
| | : | |
| LINDA STOVER | : | |
| | : | |
| Defendant. | | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is now assigned to Assistant United States Attorney Ronald W. Sharpe, D.C. Bar Number 434575, telephone number (202) 353-9460. Ronald W. Sharpe will substitute for former Assistant United States Attorney Laurel Loomis Rimon. This is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Ronald W. Sharpe
Assistant United States Attorney
D.C. Bar No. 434575
555 4th Street, N.W., Room 5828
Washington, DC 20530
(202) 353-9460

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice has been sent by ECF filing to to counsel for the defendant, Lara Gabrielle Quint, this _____ day of March, 2008.

_____/s/_____
RONALD W. SHARPE
Assistant U.S. Attorney